UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                             §
                                   §
MARKIEWICZ, MARK                   §    Case No. 11-49443
MARKIEWICZ, TERESA                 §
                                   §
           Debtor(s)               §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
             KENNETH S. GARDNER
             CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 07/12/2012 in Courtroom 742,
             United States Courthouse
             219 South Dearborn Street
             Chicago, Illinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/16/2012                By: /s/ Barry A. Chatz, Trustee
                                              Barry A. Chatz, Trustee


*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-49443-CAD
Mark Markiewicz                                                     Chapter 7
Teresa Markiewicz
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: driddick              Page 1 of 2              Date Rcvd: Jun 22, 2012
                               Form ID: pdf006             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2012.
db/jdb     +Mark Markiewicz,   Teresa Markiewicz,   604 Charleton Street,   Willow Springs, IL 60480-1415
18152415   +American Express,   C/o Becket and Lee,   P.O. Box 3001,   Malvern, PA 19355-0701
18514920    American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
18152416   +Americas Servicing Company,   Po Box 10328,   Des Moines, IA 50306-0328
18152417   +Bank of America,   P.O. Box 26012,   NC4-105-03-14,   Greensboro, NC 27420-6012
18534487   +Capital One, N.A.,   c/o Creditors Bankruptcy Service,   P.O. Box 740933,   Dallas, TX 75374-0933
18152419   +Chase,   PO Box 15153,   Wilmington, DE 19886-5153
18519148    FIA CARD SERVICES, N.A.,   PO Box 15102,   Wilmington, DE 19886-5102
18776635    GE Capital Retail Bank,   c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,
             Miami FL 33131-1605
18152420   +GE Capital Retail Consumer / Sam's Club,   P.O. Box 981426,   El Paso, TX 79998-1426
18152422   +TM Construction,   604 Charleton Street,   Willow Springs, IL 60480-1415
18152424  ++VON MAUR INC,   6565 BRADY STREET,   DAVENPORT IA 52806-2054
            (address filed with court: Von Maur,   6565 Brady St,   Davenport, IA 52806-2054)
18152423   +Village of Willow Springs,   One Village Circle,   Willow Springs, IL 60480-1665

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18851399   +E-mail/Text: sradtke@chillchillradtke.com Jun 22 2012 19:24:54     BRIDGEVIEW BANK GROUP,
             c/o Steven R. Radtke,   CHILL, CHILL & RADTKE, P.C.,   79 West Monroe Street, Suite 1305,
             Chicago, IL 60603-4925
18152418   +E-mail/Text: kevin.ameriks@bridgeviewbank.com Jun 22 2012 19:24:51      Bridgeview Bank Group,
             4753 N Broadway St,   Chicago, IL 60640-4986
18152421   +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 22 2012 19:22:16     Kohls / Capital One,
             N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 24, 2012**          **Signature:**  _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: driddick              Page 2 of 2                  Date Rcvd: Jun 22, 2012
                              Form ID: pdf006             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 15, 2012 at the address(es) listed below:
          Allan J DeMars    on behalf of Trustee Barry Chatz alland1023@aol.com
          Barry A Chatz    bachatz@arnstein.com,
           bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
          Clay Mosberg    on behalf of Creditor   The Bank of New York Mellon... cmosberg@fallaw.com,
           tgirard@fallaw.com;mpost@fallaw.com;mmyers@fallaw.com;bneubauer@fallaw.com
          Mohammed O Badwan    on behalf of Debtor Mark Markiewicz courtinfo@sulaimanlaw.com,
           mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Steven R Radtke    on behalf of Petitioning Creditor   Bridgeview Bank Group
           sradtke@chillchillradtke.com
                                                                                             TOTAL: 6