UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MARKIEWICZ, MARK | § | Case No. 11-49443 |
| MARKIEWICZ, TERESA | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                                   Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:                   Claims Discharged
                                                    Without Payment:


Total Expenses of Administration:

---

   3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By: /s/BARRY A. CHATZ _____
   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |
| ALLAN J. DEMARS | | | | | |
| ALLAN J. DEMARS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express C/o Becket and Lee P.O. Box 3001 Malvern, PA 19355 | | | | | |
| | Americas Servicing Company Po Box 10328 Des Moines, IA 50306 | | | | | |
| | Bank of America P.O. Box 26012 NC4-105-03-14 Greensboro, NC 27420 | | | | | |
| | Bridgeview Bank Group 4753 N Broadway St Chicago, IL 60640 | | | | | |
| | Chase PO Box 15153 Wilmington, DE 19886 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GE Capital Retail Consumer / Sam's Club P.O. Box 981426 El Paso, TX 79998 | | | | | |
| | Kohls / Capital One N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | | | | |
| | Village of Willow Springs One Village Circle Willow Springs, IL 60480 | | | | | |
| | Von Maur 6565 Brady St Davenport, IA 52806-2054 | | | | | |
| 000001 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000005 | BRIDGEVIEW BANK GROUP | | | | | |
| 000003 | CAPITAL ONE, N.A. | | | | | |
| 000002 | FIA CARD SERVICES, N.A. | | | | | |
| 000004 | GE CAPITAL RETAIL BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-49443 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|
| Case Name: | MARKIEWICZ, MARK | | | Date Filed (f) or Converted (c): | 12/08/11 (f) |
| | MARKIEWICZ, TERESA | | | 341(a) Meeting Date: | 01/27/12 |
| For Period Ending: | 09/12/12 | | | Claims Bar Date: | 05/01/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 604 S. Charleton Street Willow Springs, Illinois 6 | 318,800.00 | 0.00 | DA | 0.00 | FA |
| 2. 7541 Key Royale Court Las Vegas, Nevada 89131 | 115,600.00 | 0.00 | DA | 0.00 | FA |
| 3. 306 S. Oakwood Avenue Willow Springs, Illinois 604 | 102,400.00 | 0.00 | DA | 0.00 | FA |
| 4. Financial Accounts | 0.00 | 0.00 | DA | 0.00 | FA |
| 5. Financial Accounts | 200.00 | 200.00 | DA | 200.00 | FA |
| 6. Financial Accounts | 5,900.00 | 1,900.00 | DA | 2,323.29 | FA |
| 7. Household Goods | 1,750.00 | 1,750.00 | DA | 0.00 | FA |
| 8. Wearing Apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 9. Furs and Jewelry | 800.00 | 800.00 | DA | 0.00 | FA |
| 10. Pension / Profit Sharing | 65,000.00 | 0.00 | DA | 0.00 | FA |
| 11. Stock | 1.00 | 1.00 | DA | 0.00 | FA |
| 12. Vehicles | 4,790.00 | 4,790.00 | DA | 4,700.00 | FA |
| 13. Vehicles | 17,000.00 | 13,000.00 | DA | 8,900.00 | FA |
| 14. Vehicles | 3,000.00 | 600.00 | DA | 600.00 | FA |
| 15. Animals | 50.00 | 50.00 | DA | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $635,791.00 | $23,091.00 | | $16,723.29 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ALL ASSETS ADMINISTERED; PREPARE TFR

Initial Projected Date of Final Report (TFR): 12/31/12    Current Projected Date of Final Report (TFR): 12/31/12

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 11-49443 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | MARKIEWICZ, MARK | Bank Name: | Congressional Bank |
|  | MARKIEWICZ, TERESA | Account Number / CD #: | *******6278 Checking Account |
| Taxpayer ID No: | *******9489 | | |
| For Period Ending: | 09/12/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/12/12 | 5, 6 | TERESA & MAREK MARKIEWICZ<br>604 S. CHARLETON ST.<br>WILLOW SPRINGS, IL 60480-1415 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 2,523.29 | | 2,523.29 |
| 03/12/12 | 13, 14 | TERESA & MAREK MARKIEWICZ<br>604 S. CHARLETON ST.<br>WILLOW SPRINGS, IL 60480-1415 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 1,500.00 | | 4,023.29 |
| 03/26/12 | 12, 13 | MARK & TERESA MARKIEWICZ | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 12,700.00 | | 16,723.29 |
| 07/12/12 | 003001 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Chapter 7 Compensation/Expense | | | 2,473.05 | 14,250.24 |
| | | | Fees            2,422.33 | 2100-000 | | | |
| | | | Expenses          50.72 | 2200-000 | | | |
| 07/12/12 | 003002 | ALLAN J. DEMARS<br>SPIEGEL & DEMARS<br>100 WEST MONROE STREET<br>SUITE #910<br>CHICAGO, IL 60603 | Claim 000006, Payment 100.00% | | | 1,722.40 | 12,527.84 |
| | | | Fees            1,710.00 | 3210-000 | | | |
| | | | Expenses          12.40 | 3220-000 | | | |
| 07/12/12 | 003003 | AMERICAN EXPRESS BANK, FSB<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Claim 000001, Payment 4.96%<br>(1-1) CREDIT CARD DEBT | 7100-000 | | 33.12 | 12,494.72 |
| 07/12/12 | 003004 | FIA CARD SERVICES, N.A.<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Claim 000002, Payment 4.96% | 7100-000 | | 129.72 | 12,365.00 |
| 07/12/12 | 003005 | CAPITAL ONE, N.A. | Claim 000003, Payment 4.96% | 7100-000 | | 5.06 | 12,359.94 |

Page Subtotals            16,723.29            4,363.35

Ver: 16.06f

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 11-49443 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | MARKIEWICZ, MARK | Bank Name: | Congressional Bank |
| | MARKIEWICZ, TERESA | Account Number / CD #: | *******6278 Checking Account |
| Taxpayer ID No: | *******9489 | | |
| For Period Ending: | 09/12/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/12/12 | 003006 | C/O CREDITORS BANKRUPTCY SERVICE<br>P.O. BOX 740933<br>DALLAS, TX 75374<br>GE CAPITAL RETAIL BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE SUITE 1120<br>MIAMI FL 33131-1605 | Claim 000004, Payment 4.96%<br>(4-1) SAM'S CLUB OR GEMB | 7100-000 | | 6.85 | 12,353.09 |
| 07/12/12 | 003007 | BRIDGEVIEW BANK GROUP<br>C/O STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET, SUITE 1305<br>CHICAGO, IL 60603 | Claim 000005, Payment 4.96% | 7100-000 | | 12,353.09 | 0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 16,723.29 | 16,723.29 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 16,723.29 | 16,723.29 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 16,723.29 | 16,723.29 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********6278 | 16,723.29 | 16,723.29 | 0.00 |
| | 16,723.29 | 16,723.29 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       12,359.94

Ver: 16.06f

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit 9

| Case No: | 11-49443 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | MARKIEWICZ, MARK | | Bank Name: | Congressional Bank |
| | MARKIEWICZ, TERESA | | Account Number / CD #: | *******6278 Checking Account |
| Taxpayer ID No: | *******9489 | | | |
| For Period Ending: | 09/12/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 16.06f

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*